# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS** § | | |
| **EQUIPMENT, LLC** § | | **CASE NO. 6:17-cv-146** |
| § | | **LEAD CASE** |
| **v.** § | | |
| § | | |
| **APPLE INC.** | | |

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS** § | | |
| **EQUIPMENT, LLC** § | | **CASE NO. 6:17-cv-225** |
| § | | |
| **v.** § | | |
| § | | |
| **APPLE INC.,** *et al*. § | | |

## CONSOLIDATION ORDER

In a Joint Motion to Sever Constituent Action and Consolidate with Newly-Filed Action Involving Common Parties filed in Civil Action No. 6:16cv475, the parties sought the consolidation of these two cases for all purposes. The parties assert that consolidation of these cases would promote efficient case management.

Accordingly, the Court **ORDERS** that the above-styled cases shall be consolidated for all purposes. The earlier filed case, Civil Action No. 6:17-CV-146, shall serve as the lead case. The Clerk shall add the consolidated defendants to the lead case, as well as Lead and Local Counsel only. Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case. All motions shall be filed in the consolidated case.

The local rules' page limitations for *Markman* briefs and other motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket, as well as any future cases Plaintiff intends

to file, that may also be appropriate for consolidation with this case.

So ORDERED and SIGNED this 16th day of May, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE