**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>  Defendants. | CIVIL ACTION NO. 6:17-cv-146<br>**CONSOLIDATED LEAD CASE<br>JURY TRIAL DEMANDED** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>  Defendants. | CIVIL ACTION NO. 6:17-cv-225<br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF RESOLUTION AND MOTION TO STAY**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant Apple Inc. ("Apple") notify the Court that they have reached an agreement in principle that resolves all claims in the above-captioned consolidated actions. Thus, CCE and Apple respectfully ask that the Court stay all deadlines in the Consolidated Lead Case while they finalize their resolution.

Apple's co-defendants in constituent Civil Action Nos. 6:17-cv-146 and 6:17-cv-225 do not oppose this motion, and CCE and Apple ask that the Court enter the attendant proposed Order Staying Deadlines, accordingly.

**Dated: September 1, 2017**

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Ed Nelson III*<br>Ed Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@nelbum.com<br>Texas State Bar No. 24053687<br>NELSON BUMGARDNER PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone:  (817) 377-9111<br>Fax:  (817) 377-3485<br><br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com<br>CALDWELL CASSADY & CURRY<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>Jeffrey R. Bragalone<br>Texas Bar No. 02855775<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>BRAGALONE CONROY PC<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>jrastegar@bcpc-law.com<br><br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063 | Respectfully submitted,<br><br>*/s/ Melissa R. Smith*<br>Melissa R. Smith<br>melissa@gillamsmithlaw.com<br>Texas State Bar No. 24001351<br>GILLAM & SMITH LLP<br>303 S. Washington Avenue<br>Marshall, Texas 75670<br>Phone: (903) 934-8450<br>Fax: (903) 934-9257<br><br>Mark Fowler (*pro hac vice*)<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>Palo Alto, California 94303-2215<br>Phone: (650) 833-2000<br>Fax: (650) 833-2001<br><br>Erin Gibson (*pro hac vice*)<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, California 92101<br>Phone: (619) 699-2700<br>Fax: (619) 699-2701<br><br>**ATTORNEYS FOR DEFENDANT APPLE INC.** |

2

| | |
|---|---|
| WARD, SMITH, & HILL PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that the all parties have met and conferred and that this joint notice and motion is unopposed.

*/s/ Ed Nelson III*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2017, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Ed Nelson III*